**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

TUDOR INSURANCE COMPANY,

    Plaintiff,

v.                                            Case No: 8:16-cv-376-T-30JSS

ZELWIN, LLC, ZELWIN2, LLC,
ZELWIN3, LLC, ZACHARY GLOMB,
MICHAEL ROUNTREE and AUTO-
OWNERS INSURANCE COMPANY,

    Defendants.
_____

## ORDER

The Court has been advised via Plaintiff's Notice of Settlement (Dkt. #37) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 14th day of October, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record